UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                             CASE NO.:    3:15-bk-00248-PMG

WILLIAM LEE WASHINGTON and
MARRIAM WASHINGTON,

     Debtors.
_____

                   (  ) Chapter 13 Plan          (X) Chapter 13 Plan

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan Payment |
|---|---|
| 1-36 (February, 2015 – February, 2018) | $2,282.00 |

The Debtor(s) shall pay by **money order/cashier's check** or **wage deduction**, to **Douglas W. Neway, Chapter 13 Standing Trustee, PO Box 2079, Memphis, Tennessee 38101-2079**. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by Court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month No.: |
|---|---|---|---|
| Gerald B. Stewart | $2,250.00 | $225.00 | 1-10 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee.

| Name of Creditor | Claim Amount | Payment Amount | Payment Month No.: |
|---|---|---|---|

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month No.: |
|---|---|---|---|
| **Shellpoint Mortgage Svs** | $114,290.00 | $1,300.00 | 1-60 |

(Mortgage on homestead at 467 Valderia Dr., Orange Park, FL 32073)

| | | | |
|---|---|---|---|
| **Regional Acceptance** | $12,378.00 | $529.00 | 1-60 |

(lien on 2006 Mercedes Benz)

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month No.: |
|---|---|---|---|
| **Shellpoint Mortgage Svs** | $11,250.00 | $225.00 | 11-60 |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month No.: |
|---|---|---|---|

NONE

**Property to be Surrendered:**

| Creditor Name: | Property Address: |
|---|---|

NONE

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month No.: |
|---|---|---|---|

NONE

**Executory Contractors:**

The following Executory Contracts are assumed

| Name of Creditor | Description of Collateral | Month Number |
|---|---|---|

NONE

**Lien to be avoided pursuant to 11 U.S.C. Section 522(f):** NONE

**Unsecured Creditors:** whose claims are allowed shall receive a pro-rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. There are no funds available to pay unsecured creditors. Approximately percentage:

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, or upon completion of all plan payments and the discharge of Debtors(s).

**Other Provisions:** Any claims filed after **June 1, 2015** shall receive no distribution under this plan unless specifically provided for above.

## CERTIFICATE OF SERVICE

**I/WE HEREBY CERTIFY** that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to all Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 6th day of February, 2015.

/s/ Gerald B. Stewart
**GERALD B. STEWART, ESQUIRE**
**Florida Bar No.: 285412**
24 North Market Street, Suite 402
Jacksonville, FL 32202
904.353.8876
904.356.2776 (Facsimile)
*Attorney for Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:15-bk-00248-PMG<br>Middle District of Florida<br>Jacksonville<br>Fri Feb  6 16:51:13 EST 2015 | Marriam Washington<br>467 Valderia Dr.<br>Orange Park, Fl 32073-3353 | William Lee Washington<br>467 Valderia Dr.<br>Orange Park, Fl 32073-3353 |
| (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | Business Revenue Syste<br>2419 Spy Run Ave Ste A<br>Fort Wayne, IN 46805-3262 | Clay County Tax Collector<br>Post Office Box 218<br>Green Cove Springs FL 32043-0218 |
| Credit Coll<br>Po Box 9133<br>Needham, MA 02494-9133 | Credit Coll USA<br>16 Distributor Dr Ste 1<br>Morgantown, WV 26501-7209 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Mabt - Genesis Retail<br>15220 Nw Greenbrier Pkwy<br>Beaverton, OR 97006-5762 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 | Omega Rms<br>7505 W Tiffany Spr<br>Kansas City, MO 64153-1313 |
| Regional Acceptance Co<br>9965 San Jose Blvd<br>Jacksonville, FL 32257-5856 | Shellpoint Mortgage Se<br>55 Beattie Place Ste 600<br>Greenville, SC 29601-2165 | Shellpoint Mortgage Svs<br>55 Beattie place Ste 600<br>Greenville, South Carolina 29601-2165 |
| Stellar Recovery Inc<br>1327 Highway 2 Wes<br>Kalispell, MT 59901 | Transworld System Inc/<br>2235 Mercury Way Ste 275<br>Santa Rosa, CA 95407-5463 | Trnswrld Sys<br>2235 Mercury Way Ste 275<br>Santa Rosa, CA 95407-5463 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | Wfs Financial/Wachovia Dealer Srvs<br>Po Box 1697<br>Winterville, NC 28590-1697 |
| Gerald B Stewart +<br>Law Office of Gerald B. Stewart<br>24 North Market Street<br>Suite 402<br>Jacksonville, FL 32202-2848 | United States Trustee - JAX 13/7 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Douglas W. Neway +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 |
| VyStar Credit Union (SH) +<br>Post Office Box 45085<br>Jacksonville, FL 32232-5085 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect Inc<br>1851 S Alverno Rd<br>Manitowoc, WI 54220 | Military Star<br>3911 Walton Walker<br>Dallas, TX 75266 | Vystar Credit Union<br>Po Box 45085<br>Jacksonville, FL 32232 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Citifinancial

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28